UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF03011 (rev 12/2018)

In re:

**Joey Wayne Boyle**,
**Stevie Diane Rose Boyle**,
     Debtors.

Case No. **19−70337−AKM−7A**

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, R. Stephen LaPlante deposits the following unclaimed dividends with the Court:

| Payee | Amount |
|---|---|
| BeneSys<br>Attn: Subrogation Department<br>Indiana/Kentucky/Ohio Regional Council o<br>700 Tower Dr., Ste. 300<br>Troy, MI 48098 | $13,311.40 |
| **Total Amount**: | $13,311.40 |

Dated:  December 3, 2020

/s/ R. Stephen LaPlante
Trustee